IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RAYMOND WATTEN,

    Defendant.

No. CR 10-0515 WHA

**ORDER RE SPECIAL CONDITIONS OF PROBATION**

Defendant Raymond Watten was sentenced on July 21, 2011. Among the special conditions of probation imposed was a requirement that defendant's treatment provider, Dr. Brandes, provide monthly reports to the Court (Dkt. No. 40 at 3). Having received a number of reports on defendant's status from Dr. Brandes, the Court would like the views of probation and all counsel regarding whether it is worth the resources to continue to require Dr. Brandes to examine Dr. Watten. Please comment by **MARCH 29** in a written memo regarding whether this requirement should be suspended now.

**IT IS SO ORDERED.**

Dated: March 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE